414 A.2d 127

**In re ESTATE of Edna Cooke SHOEMAKER, Deceased.**

Supreme Court of Pennsylvania.

Argued April 15, 1980.

Decided May 16, 1980.

Robert B. Surrick, Stephen J. Polaha, Media, for appellant.

C. Norwood Wherry, Media, Thomas Erskine, Philadelphia, J. E. Lastowka, Jr., Media, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each party to pay own costs.